Good morning, Your Honors. My name is James DeVita. I represent Eleanor Daugadis. The issue on this appeal is whether Eleanor Daugadis is entitled to her day in court to establish her claim to title of property the government seeks to confiscate because of her husband's conduct. The district court decided— One thing that puzzled me about the claim, one of your arguments is that the district court erred by not accepting as true the allegations in her petition. Correct. That's required by Rule 32.2. I did not find in the petition, perhaps you can help me, an allegation of fact with respect to the commingling of funds in the law firm's accounts. Am I missing something? Your Honor, I believe that it was implicit, at least in the statement of the claim, and I think it would be— Well, but what's explicit in paragraph 14 is an allegation that the government has failed to sufficiently allege that the subject accounts had a nexus to the crime. That's on page A121 of the appendix. Yes, Your Honor. That sounds to me like a legal conclusion that addresses what— I mean, in other words, I understand your point that Ms. Daugadis perhaps should not be bound by a finding in a proceeding that she was not in. Yes. But here, she seems to be making a specific allegation about what the government did or did not allege and prove in the former case. In other words, in the former case involving Mr. Daugadis, the government— Well, we found, in fact, on the appeal, we concluded that the government had sufficiently established that all of the funds in the Chicago account of the law firm from which Mr. Daugadis was paid were the proceeds of fraud. And this allegation says, in effect, no, they didn't. But it does not say, even on information and belief, that, in fact, it is false, that, in fact, there's any basis that you or your client have for alleging that we know or we've heard from somebody that there is actual commingling. Well, Your Honor, there are two parts to what Your Honor is asking. With respect to the prior finding, certainly the basis for the finding was a—and Judge Walker was the author of that opinion, so he is more familiar than perhaps I am even. He's only more familiar than I am. Yeah. But the basis for the finding by the Court of Appeals was that there was an evidence in the record that the funds would be deposited going forward. There was no evidence in the record that that's what, in fact, was implemented. And it is my understanding, Your Honor, that that's open to question. There was no evidence in the record and the proceeding in which that affidavit— Again, when you say that it's open to question, it seems to me there's a difference between a third-party claimant who comes in and says, here are the real facts. I know the real facts, and I wasn't there in the prior proceeding, and I want the ability to prove up what I know to be the case, and an argument that says the court got it wrong on the record that was before it at the time because there's a hole in the reasoning of that prior court. If that's the claim, that strikes me as not a factual claim, but one on which we are entitled to look back at the record as it existed and see whether there is that hole or there is not. Well, Your Honor, I would submit that what you're pointing out is perhaps an oversight and a defect in drafting of the petition. Your point, I take it, is that whatever happened in the prior proceeding, your client wasn't part of that. Correct, Your Honor? But still, in paragraph 14, which is the closest that you get in your statement, you don't say that there are other funds of hers that are in this account, that somehow this is not some sort of just straight proceeds from the J&G accounts, that it contains additional money that she put into it of her own. Well, Your Honor, I don't think we contend that there was a contribution by her to the accounts. We do receive these, whatever she got in these accounts came from the PMG accounts, in the prior J&G accounts, that all came from the firm. It came from the firm, Your Honor, but there's no evidence that, first of all, that in fact the funds, the receipts for the tax shelter fees were segregated as anticipated by that 1998 agreement, and there's no evidence that, in fact, the majority, much less all of the funds that were— Your argument is what? That further discovery would show that there was non-tainted money in that? Yes, and that the submission that Your Honor relied on occurred in the context of a pro se motion by Mr. Daugertis to release funds prior to the second trial. It was not the subject of a hearing after the trial and is not the subject of evidence at Mr. Daugertis' trial. What is the basis for saying it's a plausible allegation that an agreement between the law firms was not complied with in fact? How would we anticipate that discovery would show anything different? Well, the discovery would show, would enable us to take the deposition of people who were administering the agreement and see whether it, in fact, was observed. That's entirely exploratory, right? In other words, if we're going by Rule 12b-6 standards, a party does not Although there is an agreement that certain things were going to take place, and there has been some judicial finding to that fact that it did take place in some other situation, we're guessing that discovery will show that it wasn't, as opposed to making some allegation that on information and belief it was not complied with. And that's somehow going to be assessed for, is it a plausible allegation? Well, Your Honor, I think it is an allegation that can be inferred. We do incorporate by reference... Well, again, assuming that that allegation, I mean, where is the plausibility? I mean, are you representing to me that there is some basis to believe that it did not happen, as opposed to that you would like discovery to see whether it did? It is my understanding that there is some basis to believe that it did not happen. And is that anything you can share with us as to what that basis is? Your Honor, it's the basis of conversations with my client and with conversations with prior counsel. Okay, but your client is not a member of the law, of either law firm. No, Your Honor, and the client's information may be derived from her husband. And it's, you know, it's, that is in part the basis for what we believe may be, may have been implemented, or not implemented. Your Honor, I see that my time is up. If there are more questions, I will answer them at the time for my rebuttal. Thank you. We'll hear from the government. Good morning, Your Honor, and may it please the Court. Andrew Adams for the United States. I represent the United States with respect to the petition below, not with respect to Mr. Daugherty's prior trials. Judge Pauley found on several occasions that the subject accounts and the accounts from which the particular assets in this case flowed represented the proceeds of Mr. Daugherty's long-running and quite successful tax shelter scheme. But he did it on the basis of the prior case, and that's the argument that your adversary is making here, that it should be confined to this case, to his allegations, and not, and that it's improper for him to rely on the prior case in which his client had no voice. And, Your Honor, I think the, both the statutory scheme that prohibits Mrs. Daugherty's for stepping in. Right. It all, it's all in line with the statutory scheme. And goes. No question about that. But then the question is, is that a, is that, is she a court of due process under those circumstances? So, um, if I could respond in, in two ways. First, the, with respect to the statutory scheme and the allegations and the, the, the factual allegations that were set out in the petition as, uh, Judge Lynch and Your Honor, uh, both referred to, uh, a moment ago. It's completely unsurprising in this context with this type of petitioner who essentially says, I was gifted proceeds by my husband, that she would not be in a position to make any sort of factual allegation that would make out a claim under the, the terms of 853 N6. And the simple fact that she cannot make out such a claim does not equate to a violation of due process. Suppose she were able to make a plausible allegation. Suppose the petition said, uh, I spoke with, uh, X, a partner in the law firm, who said, no, actually there were other fees, uh, in, uh, Chicago that didn't have to do with tax shelters. Or no, uh, actually that account contained money from Dallas as well, uh, from fees that were earned on some litigation separate and entirely apart from this. Uh, if, if that allegation were made, are you contending that it would be say, well, Ms. Douglas isn't allowed to participate in the criminal case and no such evidence came in, in the criminal case. And therefore she is bound by a determination made on the record, uh, uh, and, and notwithstanding the allegations that she makes in the petition. So your Honor, not to, to fight the premise or the hypothetical, um, that I do think that there would still be some relatively, uh, some complicated questions as to issues, not factual questions, even under that scenario. Well, there would be legal issues about what commingling means and what tracing means and so on. Uh, but, uh, then we'd have to address those questions, I take it. And the government's position on, on, in this case is we do not need to address those questions because this is a done deal. Uh, a done deal in the sense, in the following, uh, sense. And then, uh, one issue about 853I, but the, the allegations again, as, as the court has already pointed out, simply don't make out anything close to the... Well, that's the question I asked Mr. DeVita and I understand the government's position on that. And I understand this is a, from your vantage point, a hypothetical question, but I'm still, uh, wondering because for example, if Mr. DeVita comes back and says, well, all right, it was sloppy pleading, we should get an opportunity to replete and we could replete, something that casts substantial doubt on the facts as found before. In such a hypothetical, what I'm asking is, are you saying that it would be, it would comport with due process to say the statutory scheme says we do not have to listen to that? It would, Your Honor, for, and it would in, in two ways. First, in this hypothetical, what Mrs. Doggartis would be saying is someone else had a prior ownership interest, not me, but some other third party. That money came into my husband's accounts and setting aside the issues of commingling and setting aside also the, the issues of, uh, the, the but-for test that, uh, that Judge Pauly, uh, talks about in his opinion, setting all of that aside. What I'm saying is someone else's property was put in here and then it was given to me. In that situation, she wouldn't have, uh, she would be saying there's an issue with her, uh, property that she was not aware knows about. 853 N6 would still fore, foreclose her petition in an ancillary proceeding. She would still nevertheless have redressed through the Department of Justice, both in its remission and its mitigation proceedings under 853 I. Um. Are those proceedings sufficient to meet the requirements of due process? Your Honor, I believe they are. I would expect they are. Uh, if if the court looks at its title, uh, 28 of the CFR, it's part nine. There's a series of, uh, of proceedings and procedures laid out for the saying I have a right to this money and that all those proceedings go to whether the government will agree in its largest to, uh, give her something. Um, I think that, uh, with respect to a mitigation, uh, there's some, there's some, uh, degree of largesse. I don't think that that's necessarily the case, uh, generally under the, the, the CFRs, which does take into account claims that look much like an 853 proceeding is slightly broader than the 853 proceeding. Um, it would not just be a question of whether the government would act in good faith under the regs. Is that enforceable in a court or is that just what the government may do or should do under certain circumstances? Your Honor, I would expect that if there's a, a, an adverse ruling by the agency, that it would be further appealable to a court in that context. A reviewing court would be looking at your argument be then if he had, if, if, if, uh, Mr. DeVita or the petition had, had stated that, um, I've talked to the firm to, to a lawyer for the Dallas firm. I've talked to, uh, uh, the J and G other lawyers. And I know that what, what went into this account consisted of 60% as a result of the fees that, um, uh, Mr. Darger, this, um, uh, got from his activities as a tax shelter expert. Uh, and the rest was, uh, unrelated to it. Uh, and he puts that into, into his affidavit on information and to his petition on information and belief. Where are you at that point? Again, setting aside the sort of, but for issue with respect to Mr. Dogger, this is income, all of which is represented by the assets here. Um, setting that aside, our position would be eight 53 eyes. Your redress eight 53 in does not give you a standing. Um, unless the court has any additional questions, I'll rest on the brief. Thank you. Yeah. Thank you, your honors. Um, your honor, uh, judge Lynch in response to your, uh, criticism of the petition, which may well be founded well fund. I understand your honor. What it is actually alleged, but, but the government did not argue that below. And if, and the dismissal of the petition on the basis of lack of standing denied any opportunity to replete as your honor pointed out, if the judge, if judge Pauly had found that the, uh, pleading was deficient for failing to state a claim, then the undoubtedly would have, uh, there would have been a opportunity to replete, which if your honor, uh, chooses to follow that logic at this stage, we've been completely, uh, undone without an opportunity to replete. How do you respond to the government's argument that, that eight 53 I provides an adequate remedy. Well, first of all, it wasn't raised in the district court and was not argued. And that's constitutes a waiver. And it is, uh, by a finder of fact, who is a, an interested party in the litigation and has a final financial interest in the outcome of the litigation and is the party opponent to my client so that it cannot be an adequate substitute for, uh, no, but he's saying that you can, um, that, that if that, if all that arises and there's a denial that that becomes actionable on your part, I don't think it is your honor. I think that the statute specifically says that the decision of attorney general is not subject to court review. And I think that he's got it reversed that if we were to lose at, uh, this stage at the district court stage, we would then have an opportunity to go to on the legal issues that we've presented. We would then have an opportunity for discretionary relief, uh, before the attorney general, but the legal issues have to be decided first. And can I go back to the legal issue of the tracing? It strikes me. I mean, your position is that if the bank account, uh, from which Mr. Dougherty was paid, uh, included some other money of the law firms, uh, that, uh, then tracing would be defeated. And as a result, the forfeiture would have to be based on substitute assets and the rest of your argument follows from that. And I'm having trouble with that. Uh, Mr. Dougherty wasn't paid by the law firm for anything other than his work with respect to the tax shelters. So why isn't all the money that he receives, I suppose, is this the, but for what the government, why would, why would any money that he received not be the proceeds of the fraudulent tax shelter fees? Because your honor, and it's not, I'm not limiting it to the Chicago office because it's my understanding, uh, that if we were able to have discovery in this, we might be able to show that, uh, Dallas was actually where money was sent. And if it's all inter, uh, if it's all co-mingled at that stage, then the, you have, uh, a Rothstein type situation where those funds in the bank account of the law firm are no longer tainted. And what comes out is no longer the proceeds of Mr. Dougherty's crime because the proceeds are the fees attributable to the, uh, right. So if he were, if he were a sole practitioner and did exactly the same thing, all the money that he received would be tainted. But if he's a member of a law firm, the argument is that, uh, uh, at least if all, if the law firm commingles all its fees and then gives him some money, presumably less money than the gross proceeds that were paid to the law firm to cover his overhead and so on, then it's not forfeitable. Well, your Honor, under the government's theory, they could have attached the law for the, uh, bank accounts of the law firm, including all of the fees that were not attributable to Mr. Dougherty's activities, because that's proceeds and it's co-mingled. Our Rothstein says that once they're co-mingled, they are no longer proceeds. And that in order to, uh, obtain the, uh, for the government to subject to forfeiture under, uh, 860, uh, 853 P. Right. Right. Not, not as substitute. I understand that part of the argument. Got it. Thank you. Thank you, Your Honor. Thank you. We will, uh, reserve decision. We'll hear the next case Philadelphia.